# Record No. 23-2312

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

*IN RE: UNDER SEAL*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

## STATUS REPORT

On December 27, 2023, undersigned counsel filed a petition for a writ of mandamus and motion to seal the pleadings in this Court. The motion to seal the case was predicated on Petitioner's cooperation with the Government and was to stay in effect at the district court until February 8, 2024. After conferring with the Government on January 29, 2024, Petitioner now informs the Court that the case will no longer be sealed after that date. Counsel expects the case to be made public on or about February 8, 2024.

Respectfully submitted,

/s/ Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464

1

>(843) 225-5563
>joe@joegriffith.com
>
>Elizabeth Franklin-Best
>Elizabeth Franklin-Best, P.C.
>3710 Landmark Drive, Suite 113
>Columbia, South Carolina 29204
>(803) 445-1333
>elizabeth@franklinbestlaw.com

Dated this 30th day of January, 2024.

## CERTIFICATE OF SERVICE

Counsel hereby certifies a copy of this status report is served on Judge Richard Gergel and Emily Limehouse of the U.S. Attorney's Office on this date, January 30, 2024 by filing via ECF and by sending Judge Gergel via 1st class mail, postage-prepaid to:

>The Honorable Richard M. Gergel
>U.S. District Judge
>P.O. Box 835
>Charleston, South Carolina 29402

>/s/ Elizabeth Franklin-Best

2