**Record No. 23-2312**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

*IN RE: UNDER SEAL*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

---

### STATUS REPORT

---

Undersigned counsel respectfully informs the Court that the initial order to seal the case has expired and, as of February 9, 2024, the case has been unsealed. After conferring with Emily Limehouse of the US Attorney's Office, the parties agree this renders defendant's motion to seal the case in this Court moot.

Respectfully submitted,

/s/ Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464
(843) 225-5563
joe@joegriffith.com

Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113

Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Dated this 12th day of February, 2024.

2