Record No. 23-2312

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

*IN RE:* PETER JOSEPH STRAUSS

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

## STATUS REPORT

On December 27, 2023, undersigned counsel filed a petition for a writ of mandamus in this Court. The petition remains pending. Today, Judge Gergel scheduled the sentencing hearing for Mr. Strauss for March 29, 2024.

Counsel intends to file a motion in the district court requesting to delay the sentencing pending this Court's resolution of the petition. If denied, counsel intend to file a request for a stay in this Court.

Respectfully submitted,

/s/ Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464
(843) 225-5563
joe@joegriffith.com

1

>Elizabeth Franklin-Best
>Elizabeth Franklin-Best, P.C.
>3710 Landmark Drive, Suite 113
>Columbia, South Carolina 29204
>(803) 445-1333
>elizabeth@franklinbestlaw.com

Dated this 29th day of February, 2024.

## CERTIFICATE OF SERVICE

Counsel hereby certifies a copy of this status report is served on Judge Richard Gergel and Emily Limehouse of the U.S. Attorney's Office on this date, February 29, 2024 by filing via ECF and by sending Judge Gergel via 1st class mail, postage-prepaid to:

>The Honorable Richard M. Gergel
>U.S. District Judge
>P.O. Box 835
>Charleston, South Carolina 29402

>/s/ Elizabeth Franklin-Best