# Record No. 23-2312

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

*IN RE: PETER JOSEPH STRAUSS*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

### STATUS REPORT

Undersigned counsel respectfully informs the Court that today Judge Gergel denied undersigned counsel's motion for a stay of the sentencing proceeding pending this Court's resolution of the outstanding mandamus petition but has rescheduled that hearing for April 29, 2024. He further directed the parties to inform this Court of the date of Strauss's sentencing hearing.

Respectfully submitted,

/s/ Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464
(843) 225-5563
joe@joegriffith.com

Elizabeth Franklin-Best

Elizabeth Franklin-Best, P.C.<br>
3710 Landmark Drive, Suite 113<br>
Columbia, South Carolina 29204<br>
(803) 445-1333<br>
elizabeth@franklinbestlaw.com

Dated this 12th day of March, 2024.