APPEAL NO. 23-2312

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE: PETER JOSEPH STRAUSS

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

UNITED STATES' RESPONSE TO
MOTION FOR STAY PENDING APPEAL

On March 21, 2024, the Appellant filed a request for this Court to stay his sentencing hearing scheduled before the district court on April 29, 2024. At this time, the United States of America, by and through its counsel of record, opposes the Appellant's request for this Court to stay his sentencing. The sentencing is currently more than four weeks away, giving this Court sufficient time to rule on the Appellant's mandamus petition.

If this Court does not rule on Appellant's mandamus petition in advance of the April 29, 2024 sentencing hearing, it may be appropriate, in the interests of judicial economy, for this Court to stay the sentencing pending its decision. The United States' position on the Appellant's request to stay the proceedings may change at that time.

[SIGNATURE PAGE TO FOLLOW]

                Respectfully submitted,

                ADAIR F. BOROUGHS
                UNITED STATES ATTORNEY

By:   *s/ Emily Limehouse*
      Emily Limehouse
      Assistant U.S. Attorney
      151 Meeting Street, Suite 200
      Charleston, South Carolina 29401-2238
      (843) 727-4381

March 28, 2024

## APPEAL NO. 23-2312

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### IN RE: PETER JOSEPH STRAUSS

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

### CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, the forgoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the address listed below:

Joseph P. Griffith, Jr.
Joe Griffith Law Firm, LLC
946 Johnnie Dodds Boulevard
Mt. Pleasant, South Carolina 29464

Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204

[Signature Block on Following Page]

                                                             Respectfully submitted,

                                                             ADAIR F. BOROUGHS
                                                             UNITED STATES ATTORNEY

                                   By:    *s/ Emily Limehouse*
                                                     Emily Limehouse
                                                     Assistant U.S. Attorney
                                                   151 Meeting Street, Suite 200
                                                   Charleston, South Carolina 29401-2238
                                                   (843) 727-4381

March 28, 2024