FILED: April 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2312
(9:23-cr-00833-RMG-1)
_____

In re: PETER J. STRAUSS

    Petitioner

_____

O R D E R
_____

Upon consideration of submissions relative to the petitioner's motion for stay pending appeal, the court grants the motion and stays the district court proceedings during the pendency of this appeal.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge King and Judge Agee.

For the Court

/s/ Nwamaka Anowi, Clerk